UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

CANDICE KRUEGER,

       Plaintiff,

    v.

CARERITE CENTERS, LLC, CORTLANDT
HEALTHCARE, LLC and CORTLANDT
OPERATIONS, LLC,

       Defendants.

-------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civ. No.:  23-cv-00621 (PMH)

To the Clerk of this Court and all parties of record:

    Enter my appearance as attorney of record in this case for Defendants CARERITE CENTERS, LLC, CORTLANDT HEALTHCARE, LLC and CORTLANDT OPERATIONS, LLC.  I certify that I am admitted to practice in this Court.

Dated: Melville, New York
       February 15, 2023

                        Respectfully submitted,

                        JACKSON LEWIS P.C.
                        *Attorneys for Defendants*
                        58 South Service Road, Suite 250
                        Melville, New York 11747
                        (631) 247-0404
                        Jeffrey.Schlossberg@jacksonlewis.com

              By:   *Jeffrey M. Schlossberg*
                      Jeffrey M. Schlossberg, Esq.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 15, 2023, true and correct copies of **NOTICE OF APPEARANCE** was served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

SCHWARTZ PERRY & HELLER, LLP
Davida S. Perry, Esq.
ATTORNEYS FOR PLAINTIFF
3 Park Avenue, Suite 2700
New York, New York 10016
(212) 889-6565

         *Jeffrey M. Schlossberg*
         JEFFREY M. SCHLOSSBERG, ESQ.

4893-6277-1281, v. 1