UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CANDICE KRUEGER,

        Plaintiff,

       v.

CARERITE CENTERS, LLC, CORTLANDT HEALTHCARE, LLC and CORTLANDT OPERATIONS, LLC,

        Defendants.

-------------------------------------------------------------------x

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Case No. 23-CV-00621 (PMH)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants that the date by which Defendants must answer, move, or otherwise respond to the Complaint is hereby extended to March 24, 2023.

SCHWARTZ PERRY & HELLER, LLP
*Attorneys for Plaintiff*
3 Park Avenue, Suite 2700
New York, New York 10016
(212) 889-6565

By: _____
     Davida S. Perry, Esq.

Dated: February 14, 2023

JACKSON LEWIS P.C.
*Attorneys for Defendants*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-4614

By: *Jeffrey M. Schlossberg*
     Jeffrey M. Schlossberg, Esq.

Dated: February 14, 2023


        SO ORDERED on this _____ day of _____, 2023

        _____

4887-1802-2993, v. 1