# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK
T: 212.889.6565 | F: 212.779.8208 | SP

> Application denied.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 6, 2023

**VIA ECF**

Honorable Philip M. Halpern
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: Candice Krueger v. CareRite Centers, et al
    23-CV-00621-PMH

Dear Judge Halpern:

  We represent the Plaintiff Candice Krueger and write jointly with defense counsel to request an adjournment of the Initial Conference scheduled for April 25, 2023 as well as the filing of the Case Management Plan.

  The basis for this request is that this case has just been referred to mediation through the Court's Mediation Office and while the parties expect to expeditiously select a date for Mediation, it is unlikely that it will take place before April 25, 2023. The parties, therefore, respectfully request that the Case Management Plan and Initial Conference be held in abeyance. If the Mediation is not successful and settlement negotiations are not on-going, the parties will notify the Court within 48 hours and request that an Initial Conference be scheduled.

  This is the parties first request to adjourn the initial conference.

              Respectfully submitted,

              DAVIDA S. PERRY

DSP/arp
cc: Counsel for Defendants – via ECF