# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27ᵀᴴ FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

July 6, 2023

**VIA ECF**

Honorable Philip M. Halpern
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:  **Candice Krueger v. CareRite Centers**, et al.
>       **23-CV-00621-PMH**

Dear Judge Halpern:

We represent the Plaintiff Candice Krueger and submit this letter motion with knowledge and consent of defense counsel to request an adjournment of the deposition and fact discovery deadline.

The basis for this request is as follows: Following the initial scheduling conference, the parties commenced the discovery process, including exchanging Initial Disclosures, serving discovery requests and exchanging responses. The parties also were ordered to mediation through the SDNY Mediation Office, which was scheduled for June 23, 2023.

Unfortunately, as a result of a serious and frightening medical condition suffered by my husband in mid-May 2023 that has become progressively worse, he was referred to a specialist who opened up his schedule and gave us the earliest appointment he had, which was June 23, 2023, the date of the mediation. Due to the severity of my husband's medical condition and need to attend that appointment, I was required to request that the mediation be rescheduled. We have rescheduled the mediation for August 18, 2023.

After conferring with the specialist, we learned that my husband would require additional medical care and surgery, which has been scheduled for August 9, 2023. Given the demands on my schedule because of the care he has and will continue to require, satisfying the initial scheduling order will be virtually impossible for me.

With the consent of defense counsel, I respectfully request that the Court allow us to complete fact discovery by September 29, 2023, which is approximately 30 days after the original fact discovery deadline.

Should the Court require the specific details of my husband's condition, I would request permission to file those details confidentially.

This is the parties' first request to adjourn the initial conference.

Respectfully submitted,

DAVIDA S. PERRY

DSP/arp
cc: Counsel for Defendants – via ECF