SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

July 13, 2023

**VIA ECF**
Honorable Philip M. Halpern
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    Candice Krueger v. CareRite Centers, et al
              23-CV-00621-PMH

Dear Judge Halpern:

    We represent the Plaintiff Candice Krueger and submit this letter motion with knowledge and consent of defense counsel in response to the docket entry of June 29, 2023 requesting the mediation status by July 14, 2023. As the parties previously notified the Court on July 6, 2023 (Dkt. 24), the mediation is scheduled to take place on August 18, 2023.

                                      Respectfully submitted,

                                        DAVIDA S. PERRY

DSP/arp
cc: Counsel for Defendants – via ECF