# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4614
EMAIL ADDRESS IS: Jeffrey.Schlossberg@jacksonlewis.com

September 12, 2023

**VIA ECF**

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *Candice Krueger v. CareRite Centers, et al.*
Case No. 23-CV-00621-PMH

Dear Judge Halpern:

  We represent Defendants CareRite Centers, LLC and Cortlandt Operations, LLC in the above-referenced matter. We write jointly with Plaintiff, pursuant to the Court's Minute Entry dated August 14, 2023, to provide a mediation status report. The Parties participated in a mediation conference on August 18, 2023, with mediator Frederick Alimonti in an attempt to reach a potential resolution. To date, the Parties have not narrowed the gap between their positions.

  The Parties are currently conducting witness depositions but remain open to discussing opportunities for early resolution and further mediation.

Respectfully submitted,

JACKSON LEWIS P.C.

*Jeffrey M. Schlossberg*

Jeffrey M. Schlossberg

cc:  Counsel for Plaintiff (via ECF)

4892-7994-2783, v. 1