**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4614
MY EMAIL ADDRESS IS:  JEFFREY.SCHLOSSBERG@JACKSONLEWIS.COM

November 27, 2023

**VIA ECF**
Honorable Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

           **Re:**    **Candice Krueger v. CareRite Centers, et al 23-CV-00621-PMH**

Dear Judge Halpern:

      We represent Defendants CareRite Centers LLC and Cortlandt Operations LLC and submit this letter jointly with counsel for Plaintiff in accordance with the Court's Order dated October 13, 2023 (Dkt. 29) requesting a status report on the subject of mediation/settlement.

      As we previously informed the Court by joint letter dated October 13, 2023 (Dkt. 28), the parties participated in mediation on August 18.  Since then, the parties have continued and, indeed, completed discovery (except for a few open issues being addressed between counsel). Nevertheless, the parties are still pursuing settlement and have another mediation session scheduled with the mediator on December 21, 2023.

                                    Respectfully submitted,
                                    JACKSON LEWIS P.C.

                                    *Jeffrey M. Schlossberg*

                                    Jeffrey M. Schlossberg

JMS/nml

cc: Counsel of Record (via ECF)

4890-6435-4195, v. 1